# EXHIBIT 1

## RED MANGO REGISTERED TRADEMARKS

|   | Mark | Description | Registration No. | Registration Date |
|---|------|-------------|------------------|-------------------|
| 1 | Greek just got real | G&S: Restaurant services | 4561344 | July 1, 2014 |
| 2 | Mealworthy Smoothies | G & S: Yogurt-based beverages | 4305898 | March 19, 2013 |
| 3 | Red Mango | G & S: Restaurant and cafe services | 3506567 | September 23, 2008 |
| 4 | Red Mango | G & S: Yogurt, yogurt drinks, yogurt-based beverages, and dairy-based beverages. | 4029360 | September 20, 2011 |
| 5 | Red Mango | G & S: Frozen yogurt; frozen yogurt confections; frozen yogurt mixes; frozen yogurt parfaits; yogurt-based shakes; shakes; parfaits; coffee and tea; tea-based beverages; iced tea; mixes in the nature of concentrates, syrups or powders used in the preparation of tea based beverages. | 4029359 | September 20, 2011 |
| 6 | (all natural frozen yogurt logo) | G & S: Serving of food and drink/beverages at restaurants, cafes and drink bars; restaurant, cafe, drink and yogurt bar services. | 4084374 | January 10, 2012 |
| 7 | (spoon design) | G & S: Yogurt bar and yogurt restaurant services. | 4029211 | September 20, 2011 |
| 8 | Club Mango | G & S: Customer loyalty services and customer club services for commercial, promotional and advertising purposes in the field of yogurt bar and restaurant services; arranging and conducting incentive reward programs to promote the sale of yogurt products; | 3661896 | July 28, 2009 |

| | | | | |
|---|---|---|---|---|
| | | administration of a discount program for enabling participants to obtain discounts on yogurt products through use of a discount membership card; consumer loyalty services for commercial, promotional, and/or advertising purposes, namely, administration of frequent yogurt product buying program that allows members to redeem yogurt product purchases for points or awards offered by the loyalty program. | | |
| 9 | (red "O" logo) | G & S: Disposable napkins; paper containers; paper food and beverage containers.<br><br>G & S: Paper and plastic cups, bowls, drinking cups; and beverageware.<br><br>G & S: Clothing, namely, shirts, sweatshirts, jackets, aprons, headwear and uniforms.<br><br>G & S: Franchising, namely, offering technical assistance in the establishment and/or operation of restaurants, cafes and yogurt bars; business consultation in the fields of restaurants, cafes and yogurt bars; business marketing consulting services; business marketing services in the fields of restaurants, cafes and yogurt bars. | 3583814 | March 3, 2009 |
| 10 | Treat Yourself Well | G & S: Serving of food and drink/beverages at restaurants, cafes and | 3493577 | August 26, 2008 |

| | | | | |
|---|---|---|---|---|
| | | drink bars; restaurant, cafe, drink bar services. | | |
| 11 | (red O logo) | G & S: Yogurt; yogurt based beverages; dairy based beverages; milk based beverages containing fruits; frozen fruits; processed vegetables and fruits; fruit toppings; and soybean milk.<br><br>G & S: Frozen yogurt; yogurt ice cream; shaved ice with yogurt ice cream; yogurt smoothies; coffees; bagels; and bread.<br><br>G & S: Serving of food and drink/beverages at restaurants, cafes and drink bars; restaurant, cafe, drink bar services; and providing information in the field of the provision of food and beverages. | 4584607 | August 12, 2014 |
| 12 | Red Mango | G & S: Disposable napkins; paper containers; paper food and beverage containers.<br><br>G & S: Paper and plastic cups, bowls, and cup and bowl covers; drinking cups; beverageware; food and beverage containers for general household or kitchen use; and plastic storage containers for general household or kitchen use.<br><br>G & S: Franchising, namely, offering technical assistance in the establishment and/or operation of restaurants, cafes and yogurt bars; business consultation in | 3745000 | February 2, 2010 |

|  |  | the fields of restaurants, cafes and yogurt bars; business marketing consulting services; business marketing services in the fields of restaurants, cafes and yogurt bars. |  |  |